UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL BERNABEL,

                Plaintiff,

     v.                                    **ORDER**

ALLIED UNIVERSAL SECURITY            21 Civ. 655 (ER)
SERVICES,

                Defendant.

RAMOS, D.J.

      On January 25, 2021, Joel Bernabel, proceeding *pro se*, filed a complaint against Allied Universal Security Services ("Allied Universal"). Doc. 2. On June 1, 2021, the Court granted Bernabel's request for an extension of time for the U.S. Marshals to effectuate service on Allied Universal to June 24, 2021. Docs. 9, 10. On July 14, 2021, the Court granted Bernabel's second request for an extension of time to August 13, 2021. Docs. 11, 12. On December 15, 2021, the Court granted Bernabel's third request for an extension of time to January 12, 2022. Docs. 14, 15.

      To date, Bernabel has filed no proof of service on Allied Universal. Accordingly, this action will be dismissed without prejudice unless Bernabel, no later than May 3, 2022, either (1) files proof of service, or (2) shows cause in writing why a further extension of the time limit for service is warranted. *See* Fed. R. Civ. P. 4(m). The Clerk of Court is respectfully directed to

mail a copy of this order to Bernabel.

    It is SO ORDERED.

Dated:  April 12, 2022
         New York, New York

                                                      Edgardo Ramos, U.S.D.J.